**Maxine GILBERT, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 02–3208.

United States Court of Appeals, Federal Circuit.

DECIDED: June 19, 2002.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Joseph R. POETT, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 02–3204.

United States Court of Appeals, Federal Circuit.

DECIDED June 20, 2002.

See 2002 WL 1880207.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.